STATE v. JOHN ASTER RIVES.

(Filed 23 September, 1931.)

**Criminal Law L a—Appeal in capital case will be dismissed when not prosecuted according to Rules, no error appearing on face of record.**

Where the defendant convicted of a capital offense gives notice of appeal, but nothing is done toward perfecting the same, the State's motion to docket and dismiss the appeal will be allowed, no error appearing upon the face of the record proper.

CORPORATION COMMISSION *v.* WILKINSON.

MOTION by the State to docket and dismiss appeal.

*Attorney-General Brummitt and Assistant Attorney-General Seawell for the State.*

STACY, C. J. At the May Term, 1931, Chatham Superior Court, the defendant herein, John Aster Rives, was tried upon an indictment charging him with the murder of one John Headen, which resulted in a conviction and sentence of death. His confederate, Ben Goldston, was tried at the previous January Term on a separate bill of indictment. *S. v. Goldston, ante,* 89.

The prisoner gave notice of appeal to the Supreme Court, and was allowed 60 days within which to make out and serve his statement of case on appeal, but nothing has been done towards perfecting the appeal.

As no error appears on the face of the record proper, the motion to docket and dismiss must be allowed. *S. v. Hayeslipps,* 199 N. C., 636, 155 S. E., 927; *Pruitt v. Wood,* 199 N. C., 788, 156 S. E., 126.

Appeal dismissed.